IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FIRST ARM INVESTMENT GROUP, INC. as assignee to PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank, successor to MidAmerica Bank, fsb, | ) ) ) ) ) | **No. 11 CV 2263** |
| Plaintiff, | ) ) | Judge: Charles R. Norgle, Sr. |
| v. | ) ) | Magistrate Judge: |
| HALINA LUTER, | ) ) | Sheila M. Finnegan |
| Defendant. | ) | |

**PLAINTIFF FIRST ARM INVESTMENT GROUP, INC.'S
MOTION FOR CONSENT JUDGMENT OF FORECLOSURE**

NOW COMES, plaintiff, First Arm Investment Group, Inc. ("plaintiff"), by and through its attorneys Leon Zelechowski, Ltd. and moves this Court, pursuant to 735 ILCS 2-1402, for entry of a Consent Judgment Of Foreclosure. A copy of the proposed order is attached hereto as Exhibit A.

In support of this motion, plaintiff states, as follows:

1.  The subject property is a commercial property located at 16 W. Terrace Street, Villa Park, Illinois. ("Property")

2.  On or about April 4, 2011, PNC Bank, N.A., plaintiff's predecessor-in-interest, filed a Complaint to Foreclose Mortgage ("Complaint") in this action, seeking to foreclose a certain Mortgage, dated March 1, 2006, against the property commonly known as 16 West Terrace Street, Villa Park, Illinois 60186 (the "Property").

3.  The Mortgage secured a Promissory Note also dated March 1, 2006, in the original principal amount of $356,000.00. The Mortgage was recorded with the DuPage County Recorder of Deeds on March 29, 2006, as Document No. R2006-057304.

1

4. The Complaint named Halina Luter as defendant and sought to terminate and extinguish her interest in the Property.

5. On September 12, 2011, PNC Bank, N.A. assigned the Note and Mortgage to First Arm Investment Group, Inc. ("First Arm" or "Mortgagee"). The Assignment was recorded on December 13, 2011, as Document No. R2011-152301.

6. On January 27, 2012, First Arm was substituted in as plaintiff mortgagee in this matter.

7. On or about March 16, 2012 this Court granted plaintiff's motion for mortgagee in possession and plaintiff has been collecting rent from the Property.

8. On or about July 24, 2012 defendant Halina Luter executed and delivered to plaintiff a Stipulation for Entry of Judgment for Foreclosure Vesting Absolute Title in Mortgagee ("Stipulation"), whereby plaintiff waived any rights to a personal judgment for deficiency against said defendant and defendant stipulated to entry of a consent foreclosure vesting absolute title in and to the Property in plaintiff. A copy of the Stipulation is attached hereto as Exhibit B.

9. This Stipulation was entered into pursuant to 735 ILCS 5/15-1402(a), which provides in its relevant parts, as follows:

> (a) No Objection. In a foreclosure, the court shall enter a judgment satisfying the mortgage indebtedness by vesting absolute title to the mortgaged real estate in the mortgagee free and clear of all claims, liens (except liens of the United States of America which cannot be foreclosed without judicial sale) and interest of the mortgagor, including all rights of reinstatement and redemption, and of all rights of all other persons made parties in the foreclosure whose interests are subordinate to that of the mortgagee and all nonrecord claimants given notice in accordance with paragraph (2) of subsection (c) of Section 15-1502 if at any time before sale:
>
> . . .
>
> (3) all mortgagors who then have an interest in the mortgaged real estate, by answer

2

to the Complaint, response to the motion or <u>stipulation</u> filed with the court expressly consent to the entry of such judgment. (Emphasis added)

. . .

WHEREFORE, plaintiff First Arm Investment Group, Inc., requests that this Court enter the Consent Judgment of Foreclosure, vesting absolute title to the subject property in plaintiff, free and clear of all claims, liens and interests of all defendant and of all other persons claiming by, through or under her.

**FIRST ARM INVESTMENT GROUP, INC.**

By: /s/ Leon Zelechowski
    Leon Zelechowski, Esq.
    Leon Zelechowski, Ltd.
    111 W. Washington St., Suite 1051
    Chicago, Illinois 60602
    312-609-0022
    ARDC: 3106039